NUMBER
13-10-00149-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

SANDRA J. ROMERO,                                                            APPELLANT,

 

                                                             v.

 

SOFIA RUIZ MARTINEZ,                                                           APPELLEE.

____________________________________________________________

 

                    On
Appeal from the County Court at Law No. 1 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Sandra J. Romero, attempted to perfect an appeal from an order entered by the
County Court at Law No. 1 of Cameron, County, Texas, in cause no. CL-08-2430-A.  Appellant’s notice of
appeal states she is filing an accelerated appeal of an order rendered on
February 22, 2010.  Upon review of the documents before the Court, it appeared
that there is no appealable order.  

The
Clerk of this Court notified appellant of this defect so that steps could be
taken to correct the defect, if it could be done.  See Tex. R. App. P. 37.1, 42.3.  Appellant
was advised that, if the defect was not corrected within ten days from the date
of receipt of this notice, the appeal would be dismissed for want of
jurisdiction.  Appellant failed to respond to the Court=s notice. 

The
Court, having considered the documents on file and appellant's failure to
correct the defect in this matter, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  See id.  Accordingly, the appeal is
DISMISSED FOR WANT OF JURISDICTION.  See id. 42.3(b),(c).

 

PER CURIAM

Delivered and filed the

13th day of May, 2010.